# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Belot, Monti L | 2. Court or Organization<br><br>U.S. District Court - Kansas | 3. Date of Report<br><br>5/15/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge-Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>111 U.S. Courthouse<br>401 North Market<br>Wichita, Kansas 67202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Attorney-in-fact | Power of Attorney #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

2008 MAY 19 P 1: 20
FINANCIAL DISCLOSURE OFFICE
RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Belot, Monti L | 5/15/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Belot, Monti L | 5/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Dreyfus Premier Core Value Fund | A | Dividend | J | T | partial sell | 8/1 | J | A | |
| 2.  T. Rowe Price New Era | A | Dividend | J | T | partial sell | 7/11 | J | A | |
| 3.  T. Rowe Price New Era | A | Dividend | J | T | partial sell | 12/3 | J | A | |
| 4.  Coca Cola Co. | A | Dividend | J | T | partial sell | 3/16 | J | A | |
| 5.  Navy Federal Credit Union | A | Interest | J | T | | | | | |
| 6.  Centenial Money Market Fund | A | Dividend | J | T | | | | | |
| 7.  U.S.A.A., Subscriber's Savings Acct. | A | Dividend | J | T | | | | | |
| 8.  Jackson Nat'l Life Ins.Co. IRA Annuity JNL/Mellon Cpt'l Mgm | A | Dividend | M | T | buy | 11/20 | M | A | |
| 9.  The American Fund IRA | E | Dividend | N | T | | | | | |
| 10.  --Capital Income Builder's Fund | | | | | | | | | |
| 11.  --Capital World Growth & Income Fund Inc. | | | | | | | | | |
| 12.  --Investment Company of America | | | | | | | | | |
| 13.  --Income Fund of America, Inc. | | | | | | | | | |
| 14.  American Forerunner IRA | A | Dividend | K | T | | | | | |
| 15.  --Loomis Sayles Small Cap | | | | | | | | | |
| 16.  --Harris Oakmark International | | | | | | | | | |
| 17.  --Harris Oakmark Focused Value Portfolio | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Belot, Monti L | 5/15/2008 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --FI International Stock Portfolio | | | | | | | | | |
| 19. --Davis Venture Value | | | | | | | | | |
| 20. --BlackRock Strategic Value | | | | | | | | | |
| 21. --American Funds Growth-Income | | | | | | | | | |
| 22. --American Funds Growth | | | | | | | | | |
| 23. Affiliated Funds (Uniform Gift to Minors) | A | Dividend | J | T | | | | | |
| 24. Coca-Cola (Uniform Gift to Minors) | A | Dividend | J | T | | | | | |
| 25. Westar Energy (Uniform Gift to Minors) | A | Dividend | J | T | | | | | |
| 26. Eaton Vance Balanced Fund (Uniform Gift to Minors) | A | Dividend | J | T | | | | | |
| 27. T. Rowe Price New Horizons Fund | D | Dividend | M | T | | | | | |
| 28. Waddell & Reed Advisors Science and Technology Fund | E | Dividend | M | T | | | | | |
| 29. Waddell & Reed Advisors Accumulative A Fund | F | Dividend | N | T | | | | | |
| 30. Merrill Lynch CMA Money Fund | B | Interest | N | T | partial sell | 6/25 | J | | |
| 31. American Balanced Fund - Class A | D | Dividend | N | T | | | | | |
| 32. Ameriprise RVS Tax Exempt High Income Fund | B | Dividend | | | redeem | 2/6 | K | A | |
| 33. | | | | | redeem | 6/14 | K | A | |
| 34. | | | | | redeem | 8/2 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Belot, Monti L | 5/15/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | redeem | 9/10 | J | A | |
| 36. | | | | | redeem | 9/27 | J | A | |
| 37. | | | | | redeem | 11/19 | J | A | |
| 38. | | | | | redeem | 12/10 | J | A | |
| 39. | | | | | redeem | 12/28 | J | A | |
| 40. US Bank CD-IRA | A | Interest | | | comp. distri | 1/9 | L | | |
| 41. USAA Subscribers Savings Acct. | A | Dividend | J | T | | | | | |
| 42. New York Life Ins. | A | Dividend | J | T | | | | | |
| 43. New York Life Ins. | A | Dividend | J | T | | | | | |
| 44. New York Life Ins. | A | Dividend | J | T | | | | | |
| 45. New York Life Ins. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Belot, Monti L | 5/15/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII - INVESTMENTS AND TRUSTS - CONTINUED

8. Jackson Nat'l Life Ins. Co. IRA Annuity   (Purchased 11/20/06. Inadvertently omitted from 2006 report, rollover from American Forerunner IRA listed on line 9 of 2006 report).

24. Coca-Cola (Uniform Gift to Minors)  (Inadvertently omitted from 2006 report).

25. Westar Energy (Uniform Gift to Minors)  (Inadvertently omitted from 2006 report).

41. USAA Subscribers Savings Acct. (Inadvertently omitted from 2006 report).

42-45. New York Life policies (Inadvertently omitted from 2006 report).

Nos. 10-13 of 2006 report inadvertently listed; accurately reported on line 9 as aggregate asset.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544